AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
        Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 NOV 14  PM 4: 25

UNITED STATES OF AMERICA

v.

ROBERT DUNBAR

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER:    3:06-cr-17-J-25JRK
USM NUMBER:     09770-055

Defendant's Attorney: James Burke, Esq. (pda)

**THE DEFENDANT:**

__X__    Defendant admitted guilt to violation of Allegation number(s) 1,3 & 4   of the terms of supervision.
__X__    Allegation Number _2_ is dismissed on the United States' motion.

## The defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct, Driving on a Suspended License in violation of the Special Condition | May 17, 2008 |
| Three | Failure to answer truthfully in violation of the Special Condition | June 2 , 2008 |
| Four | Failure to notify the Probation Officer Within seventy-two hours after being Arrested or questioned by law enforcement Officer in violation of the Special Condition | May 17, 2008 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__  The defendant's terms of supervised release are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 28, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: ~~October~~ 14 , 2008

AO 245B (Rev 06/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | ROBERT DUNBAR | Judgment - Page 2 of 3 |
| Case No.: | 3:06-cr-17-J-25JRK | |

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months**

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

      ___ at ___ a.m./p.m. on ___.
      ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      before 2 p.m. on   .
      ___ as notified by the United States Marshal.
      ___ as notified by the Probation or Pretrial Services Office.

## RETURN

      I have executed this judgment as follows:

_____
_____
_____
_____
_____
_____

      Defendant delivered on _____ to _____
_____ at _____, with a certified
copy of this judgment.

                               _____
                               United States Marshal

                      By:_____
                                   Deputy Marshal

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

| Defendant: | ROBERT DUNBAR | Judgment - Page  3  of 3 |
|---|---|---|
| Case No.: | 3:06-cr-17-J-25JRK | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   (0) months.